IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| SHAWN KEVIN SMAAGE,<br><br>Petitioner,<br><br>vs.<br><br>JIM SALMONSEN; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | Cause No. CV 22-78-H-SEH<br><br>ORDER |

This case was dismissed on October 21, 2022.[1] On the same day, Petitioner Smaage filed a notice that he had applied for sentence review on October 10, 2022.[2] The federal limitations period for sentence review expired long before then.[3] A certificate of appealability is denied.[4]

**ORDERED:**

1. Smaage's notice of October 21, 2022,[5] construed as an addition to his

---

[1] Doc. 7.
[2] Smaage did not mention this fact in his October 19 response to the Order to Show Cause (Doc. 4). *See* Doc. 6 at 1–27; Doc. 6-1 at 1–2.
[3] Docs. 4 at 3–5, 7 at 1–3.
[4] 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing § 2254 Cases; *Gonzalez v. Thaler*, 565 U.S. 134, 140–41 (2012) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).
[5] Doc. 9.

response of October 21, 2022,[6] is **DENIED**.

    2. The petition[7] remains **DISMISSED WITH PREJUDICE**.

    3. The clerk shall re-enter judgment by separate document in favor of Respondent and against Petitioner.

    4. A certificate of appealability is **DENIED**.

    DATED this 27th day of October, 2022.

                                            *Sam E. Haddon*
                                            Sam E. Haddon
                                            United States District Court

---

[6] Doc. 6.
[7] Doc. 1.